NINETEEN EIGHTY-NINE, LLC, Plaintiff, v ICAHN ENTERPRISES L.P. et al., Defendants.

CARL C. ICAHN et al., Appellants, v GEOFFREY RAYNOR et al., Respondents.

Decided January 15, 2013

Appeal, insofar as taken from that portion of the Appellate Division order which affirmed Supreme Court's denial of appellants' motion to amend the complaint, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAID GSSIME, Appellant, v DANIEL F. MARTUSCELLO JR., as Superintendent of Coxsackie Correctional Facility, Respondent.

Decided January 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of SHADE B., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DENZIL B., Appellant, et al., Respondent.

Submitted November 19, 2012; decided January 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.